**Exhibit A to the Complaint**

**Location:** Chino Hills, CA

**Total Works Infringed:** 29

**IP Address:** 23.243.89.52

**ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 0AD4D0DC29E6AEE73F7718443A6B57FF7EFBB453 | 06/06/2026 04:43:29 | Vixen | 06/01/2026 | 06/08/2026 | PA0002587861 |
| 2 | 9E7DB146C6DB0FF073E8445B83CDFECD890C2B4C | 06/01/2026 05:01:16 | Vixen | 05/27/2026 | 06/08/2026 | PA0002587866 |
| 3 | 3F2A5270BE328585349AB51CDB00B7AF95B189E3 | 05/23/2026 08:05:17 | Vixen | 05/22/2026 | 05/29/2026 | PA0002586663 |
| 4 | A0AF94A75436BA4F3740FC2615517FE0ECD43382 | 05/18/2026 03:55:43 | Vixen | 05/17/2026 | 05/29/2026 | PA0002586632 |
| 5 | 3AAA1B4AD3C60634BC09787268AB0A4DE8B5DB6E | 05/13/2026 06:28:28 | Vixen | 05/12/2026 | 05/29/2026 | PA0002586664 |
| 6 | EEB5B3903C4CC2D51664CDAD31E92A0C4C43A674 | 05/09/2026 05:25:02 | Vixen | 05/07/2026 | 05/29/2026 | PA0002586665 |
| 7 | 7BD5ABE9E7CA45B9B5301F3C9FAF85AF1AF0FDA6 | 05/03/2026 15:10:18 | Vixen | 04/27/2026 | 05/06/2026 | PA0002582408 |
| 8 | CC171D89D882D504A410C34F885E578CF3614E25 | 05/03/2026 15:08:10 | Vixen | 04/22/2026 | 04/24/2026 | PA0002582849 |
| 9 | 43CF1D5DF59873F254E43E777CAA14F39CCDFEE9 | 05/03/2026 15:02:24 | Vixen | 05/02/2026 | 05/06/2026 | PA0002582407 |
| 10 | 49FB92800BD4B7AD1BBB2B1A6B358B0B533764FE | 04/19/2026 07:47:54 | Vixen | 04/12/2026 | 04/24/2026 | PA0002580451 |
| 11 | F6049B26D9ACB9315783BDDF9A644602DCA26381 | 04/19/2026 07:43:58 | Vixen | 04/17/2026 | 04/24/2026 | PA0002580450 |
| 12 | 7D81D016F705B024DFFBB7F9985E39DE03958976 | 04/11/2026 07:30:12 | Vixen | 04/07/2026 | 04/24/2026 | PA0002580442 |
| 13 | 1C38E8672B87726A0E680D8597E0049910A41651 | 04/05/2026 04:58:04 | Vixen | 03/28/2026 | 04/07/2026 | PA0002577434 |
| 14 | 6A4998AD1D30B934F390551B318779E4623BB7DF | 04/05/2026 04:52:45 | Vixen | 04/02/2026 | 04/07/2026 | PA0002577419 |
| 15 | 22D9E4241A873BCE89D9ED5294680FE3C19427FC | 03/26/2026 08:37:15 | Vixen | 03/23/2026 | 04/07/2026 | PA0002577407 |
| 16 | EEC012B6737740B2FF6D3514F2EA7591330C41AE | 03/21/2026 07:12:34 | Vixen | 03/18/2026 | 03/24/2026 | PA0002575263 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 6C86A98D1CE2A6C48069477AA005FFFE4A7BD8C0 | 03/21/2026 00:12:19 | Vixen | 03/13/2026 | 03/24/2026 | PA0002575264 |
| 18 | FC69BD5192D0DA906D6F2599F425986D8EFCFC2E | 03/09/2026 07:10:12 | Vixen | 03/08/2026 | 03/24/2026 | PA0002575213 |
| 19 | A223F9B9DC683F3C12618F87E19E119E2B2C27F3 | 03/09/2026 07:00:36 | Vixen | 03/03/2026 | 03/09/2026 | PA0002572153 |
| 20 | A8FEC33CEC34B3C7C75C55221558DA5FFA20BB1F | 03/09/2026 06:47:24 | Vixen | 02/26/2026 | 03/09/2026 | PA0002572162 |
| 21 | 16229A353D5504C57346B8DDA81AAE055D5AC7AE | 02/22/2026 09:56:40 | Vixen | 02/16/2026 | 02/20/2026 | PA0002568791 |
| 22 | 9AB2633B3ED4737C6DCC83EBCF6C36BBE12D13CF | 02/13/2026 15:50:08 | Vixen | 02/11/2026 | 02/20/2026 | PA0002568790 |
| 23 | E3B36D16DC78C4613F48799C0D0B5B85E1F1DBB0 | 02/13/2026 15:24:02 | Milfy | 02/04/2026 | 02/20/2026 | PA0002568768 |
| 24 | 3BCE9F9602F6085A38C5840DAD4A77F538212EB9 | 02/07/2026 22:02:26 | Vixen | 02/06/2026 | 02/20/2026 | PA0002568759 |
| 25 | 356C24F0F07EE62611EE0989584BAC64CA54A514 | 02/02/2026 13:25:37 | Vixen | 02/01/2026 | 02/04/2026 | PA0002565328 |
| 26 | 66DFF25C2FAF6FB83EF33731A264CA14CACAB18D | 01/30/2026 16:22:25 | Vixen | 01/27/2026 | 02/04/2026 | PA0002565325 |
| 27 | A5FBB3C8ED864C6A6E8794FBD440F61D818B967B | 01/25/2026 11:11:05 | Vixen | 01/22/2026 | 01/28/2026 | PA0002563706 |
| 28 | 9CDA0E7BDBD38F98D39833572E9B2C7F14E3579D | 01/18/2026 12:53:55 | Vixen | 01/17/2026 | 01/26/2026 | PA0002563050 |
| 29 | 953C0FB22796392E754D15A9BCDF0A19872F78F0 | 01/15/2026 11:18:45 | Vixen | 01/12/2026 | 01/26/2026 | PA0002563061 |